UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62805-cv-JAL

LEMUEL NELSON,

        Plaintiff,

vs.

S & A CARIBBEAN MARKET, INC.,
a Florida corporation,
*and* PRASNAUTH, RANDALL, an individual,
*and* PRASNAUTH, FARYAL, an individual,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

      Defendants, S & A Caribbean Market, Inc., Randall Prasnauth and Faryal Prasnauth, by and through their undersigned counsel, hereby give notice that all parties herein have settled this action. The settlement documents are in the process of being prepared and final dismissal papers will be filed with the Court within twenty (20) days.

## CERTIFICATE OF SERVICE

      WE CERTIFY that on March 3, 2015, a true and correct copy of the foregoing was filed with this Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive electronically Notices of Electronic Filing.

        **GREENSPOON MARDER, P.A.**
        *Attorneys for Defendants*
        200 East Broward Boulevard, Suite 1800
        Fort Lauderdale, FL  33301
        Phone: (954) 491-1120 Ext. 1233
        Fax:    (954) 267-8027
        Peter.siegel@gmlaw.com


        BY: ____s/ Peter R. Siegel_____
             **PETER R. SIEGEL**
             Florida Bar #988634

CASE NO.: 14-62805-cv-JAL

## SERVICE LIST

*Attorneys for Plaintiff*

Tal Shemtov, Esq.
The Shemtov Law Firm, P.A.
9715 West Broward Blvd.
Suite 256
Plantation, FL  33324
Tel:  (954) 861-9787
Fax:  (954) 236-3530
Shemtovlawfirm@yahoo.com

21658151v1  38673-0001