UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62805-cv-JAL

LEMUEL NELSON,

       Plaintiff,

vs.

S & A CARIBBEAN MARKET, INC.,
a Florida corporation,
*and* PRASNAUTH, RANDALL, an individual,
*and* PRASNAUTH, FARYAL, an individual,

       Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Lemuel Nelson, and Defendants, S & A Caribbean Market, Inc., Randall Prasnauth and Faryal Prasnauth, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., hereby stipulate and agree that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  March 20, 2015

| | |
|---|---|
| **THE SHEMTOV LAW FIRM, P.A.** | **GREENSPOON MARDER, P.A.** |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Tal Shemtov, Esq. | 200 East Broward Blvd. |
| 9715 West Broward Blvd., #256 | Suite 1800 |
| Plantation, FL  33324 | Ft. Lauderdale, FL  33301 |
| Tel.: (954) 861-9787 | Tel.:  (954) 491-1120 |
| Fax: (954) 236-3530 | Fax:  (954) 267-8027 |
| ShemtovLawFirm@yahoo.com | peter.siegel@gmlaw.com |
| | |
| BY:   s/Tal Shemtov | By:  s/Peter R. Siegel |
|     **TAL SHEMTOV** |     **PETER R. SIEGEL** |
|     Florida Bar No.: 28456 |     Florida Bar No.: 988634 |